United States Bankruptcy Court
Northern District of Ohio

In re: **Christine A McCann**

Debtor(s)

Case No.
Chapter **13**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Christine A McCann**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **June 6, 2016**

Signature **/s/ Christine A McCann**
Christine A McCann
Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# Earnings Statement

**ADP**

TECHNIFAB INC.
38600 CHESTER RD
AVON OH 44011
COMPANY PH #: 440-934-8324

Period Ending: 05/21/2016
Pay Date: 05/27/2016

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 OH: 0

CHRISTINE A. MCCANN
3605 PORTSIDE DR.
VERMILION OH 44089

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3000 | 80.00 | 824.00 | 6,491.58 |
| Overtime | 15.4500 | .50 | 7.95 | 278.27 |
| Shift Different | | | 24.00 | 189.08 |
| **Gross Pay** | | | **$855.95** | 6,958.93 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.18 | 780.36 |
| | Social Security Tax | -51.66 | 424.42 |
| | Medicare Tax | -12.08 | 99.26 |
| | OH State Income Tax | -14.98 | 125.92 |
| | Avon Income Tax | -14.58 | 119.79 |
| | Other | | |
| | Garnishment | -167.12 | 167.12 |
| | Medical | -22.69* | 113.45 |
| **Net Pay** | | **$478.66** | |
| Savings | | -478.66 | 1,124.43 |
| Checking | | | 3,346.92 |
| **Net Check** | | **$0.00** | |

| Time Card Detail | | | | | |
|---|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TOTAL |
| Mon 05/09 | 3:53PM | 2:31AM | | | 10.00 |
| Tue 05/10 | 3:54PM | 2:30AM | | | 10.00 |
| Wed 05/11 | 3:53PM | 2:31AM | | | 10.00 |
| Thu 05/12 | 3:53PM | 7:59PM | 8:14PM | 2:30AM | 10.00 |
| Mon 05/16 | 3:54PM | 2:30AM | | | 10.00 |
| Tue 05/17 | 4:01PM | 8:26PM | 8:41PM | 2:30AM | 10.00 |
| Wed 05/18 | 3:50PM | 2:30AM | | | 10.25 |
| Thu 05/19 | 3:51PM | 2:30AM | | | 10.25 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $833.26

| Time Card Detail | | | | | |
|---|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TOTAL |

TECHNIFAB INC.
38600 CHESTER RD
AVON OH 44011
COMPANY PH #: 440-934-8324

Advice number: 00000210127
Pay date: 05/27/2016

Deposited to the account of
**CHRISTINE A. MCCANN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0491 | xxxx xxxx | $478.66 |

## NON-NEGOTIABLE

| | | | | |
|---|---|---|---|---|
| CO | FILE | DEPT. | CLOCK | VCHR NO. |
| HO1 | 201606 | 001200 | | 0000190127 1 |

118-0001

TECHNIFAB INC
38600 CHESTER RD
AVON OH 44011
COMPANY PH # 440-934-8324

# Earnings Statement

**ADP**

Period Ending: 05/07/2016
Pay Date: 05/13/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal  0
  OH.  0

CHRISTINE A. MCCANN
3605 PORTSIDE DR.
VERMILION OH 44089

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3000 | 80.00 | 824.00 | 5,667.58 |
| Overtime | 15.4500 | .50 | 7.95 | 270.32 |
| Shift Differen: | | | 24.00 | 165.08 |
| **Gross Pay** | | | **$855.95** | 6,102.98 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.18 | 636.18 |
| | Social Security Tax | -51.66 | 372.76 |
| | Medicare Tax | -12.09 | 87.18 |
| | OH State Income Tax | -14.98 | 110.94 |
| | Avon Income Tax | -14.58 | 105.21 |
| | Other | | |
| | Medical | -22.69* | 90.76 |
| | **Net Pay** | **$645.77** | |
| | Savings | -645.77 | 645.77 |
| | Checking | | 3,346.92 |
| | **Net Check** | **$0.00** | |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Wed 04/27 | 3:55PM | 8:01PM | 8:11PM | 2:31AM | 10.00 |
| Thu 04/28 | 3:54PM | 2:30AM | | | 10.00 |
| Mon 05/02 | 3:57PM | 2:31AM | | | 10.00 |
| Tue 05/03 | 3:50PM | 8:03PM | 8:15PM | 2:30AM | 10.25 |
| Wed 05/04 | 3:53PM | 2:30AM | | | 10.00 |
| Thu 05/05 | 3:53PM | 2:30AM | | | 10.00 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $833.26

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Mon 04/25 | 4:00PM | 2:30AM | | | 10.00 |
| Tue 04/26 | 3:51PM | 2:30AM | | | 10.25 |

TECHNIFAB INC.
38600 CHESTER RD
AVON OH 44011
COMPANY PH #: 440-934-8324

Advice number: 00000190127
Pay date: 05/13/2016

Deposited to the account of
**CHRISTINE A. MCCANN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0491 | xxxx xxxx | $645.77 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| HO1 | 201606 | 001200 | | 0000150126 | 1 |

124-0001

TECHNIFAB INC.
38600 CHESTER RD
AVON OH 44011
COMPANY PH #: 440-934-8324

# Earnings Statement

Period Ending: 04/09/2016
Pay Date: 04/15/2016

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal   0
   OH   0

CHRISTINE A. MCCANN
3605 PORTSIDE DR.
VERMILION OH 44089

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3000 | 80.00 | 824.00 | 4,019.58 |
| Overtime | 15.4500 | 11.50 | 182.85 | 238.52 |
| Shift Different | | | 24.00 | 117.08 |
| **Gross Pay** | | | **$1,030.85** | 4,375.18 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -120.42 | 495.43 |
| | Social Security Tax | -62.51 | 268.45 |
| | Medicare Tax | -14.62 | 62.78 |
| | OH State Income Tax | -20.82 | 80.45 |
| | Avon Income Tax | -17.64 | 75.77 |
| | **Other** | | |
| | Medical | -22.69* | 45.38 |
| | **Net Pay** | **$772.15** | |
| | Checking | -772.15 | 3,346.92 |
| | **Net Check** | **$0.00** | |

| Time Card Detail | | | | | |
|---|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TOTAL |
| Mon 03/28 | 3:52PM | 2:31AM | | | 10.25 |
| Tue 03/29 | 3:51PM | 2:31AM | | | 10.25 |
| Wed 03/30 | 3:53PM | 2:30AM | | | 10.00 |
| Thu 03/31 | 3:52PM | 2:31AM | | | 10.25 |
| Fri 04/01 | 8:02PM | 11:03PM | | | 3.00 |
| Mon 04/04 | 3:51PM | 2:31AM | | | 10.25 |
| Tue 04/05 | 3:59PM | 2:31AM | | | 10.00 |
| Wed 04/06 | 3:50PM | 2:30AM | | | 10.25 |
| Thu 04/07 | 3:50PM | 2:31AM | | | 10.25 |
| Fri 04/08 | 8:25AM | 4:01PM | | | 7.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,008.16

**Time Card Detail**
| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|

---

TECHNIFAB INC.
38600 CHESTER RD
AVON OH 44011
COMPANY PH #: 440-934-8324

Advice number: 00000150126
Pay date: 04/15/2016

Deposited to the account of
**CHRISTINE A. MCCANN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0488 | xxxx xxxx | $772.15 |

# NON-NEGOTIABLE



| | | | | | |
|---|---|---|---|---|---|
| CO | FILE | DEPT | CLOCK | VCHR NO | |
| HO1 | 201606 | 001200 | | C000150126 | 1 |
| | | | | 124-0001 | |

TECHNIFAB INC.
38600 CHESTER RD
AVON OH 44011
COMPANY PH #: 440-934-8324

# Earnings Statement

**ADP**

Period Ending: 04/09/2016
Pay Date: 04/15/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  OH: 1

CHRISTINE A. MCCANN
3605 PORTSIDE DR.
VERMILION OH 44089

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3000 | 80.00 | 824.00 | 4,019.58 |
| Overtime | 15.4500 | 11.50 | 182.68 | 235.52 |
| Shift Differential | | | 24.00 | 117.08 |
| **Gross Pay** | | | **$1,030.85** | 4,373.18 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -120.42 | 493.43 |
| | Social Security Tax | -62.51 | 249.49 |
| | Medicare Tax | -14.62 | 62.78 |
| | OH State Income Tax | -20.82 | 81.45 |
| | Avon Income Tax | -17.64 | 75.77 |
| | **Other** | | |
| | Medical | -22.69* | 45.38 |
| **Net Pay** | | **$772.15** | |
| Checking | | -772.15 | 3,348.92 |
| **Net Check** | | **$0.00** | |

| Time Card Detail | | | | | |
|---|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TOTAL |
| Mon 03/28 | 3:52PM | 2:31AM | | | 10.25 |
| Tue 03/29 | 3:51PM | 2:31AM | | | 10.25 |
| Wed 03/30 | 3:53PM | 2:30AM | | | 10.00 |
| Thu 03/31 | 3:52PM | 2:31AM | | | 10.25 |
| Fri 04/01 | 8:02PM | 11:03PM | | | 2.00 |
| Mon 04/04 | 3:51PM | 2:31AM | | | 10.25 |
| Tue 04/05 | 3:59PM | 2:31AM | | | 10.00 |
| Wed 04/06 | 3:50PM | 2:30AM | | | 10.25 |
| Thu 04/07 | 3:57PM | 2:31AM | | | 10.25 |
| Fri 04/08 | 8:21AM | 4:35PM | | | 8.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,008.16

## Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|

TECHNIFAB INC.
38600 CHESTER RD
AVON OH 44011
COMPANY PH #: 440-934-8324

Advice number: 00000150126
Pay date: 04/15/2016

Deposited to the account of
**CHRISTINE A. MCCANN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0488 | xxxx xxxx | $772.15 |

# NON-NEGOTIABLE



# Earnings Statement

HO1 201605 001200  0000130127 1

TECHNIFAB INC.
38600 CHESTER RD
AVON OH 44011
COMPANY PH #: 440-934-8324

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  OH: 0

Period Ending: 03/27/2016
Pay Date: 04/01/2016

CHRISTINE A. MCCANN
3605 PORTSIDE DR.
VERMILION OH 44089

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | | |
| Overtime | | | | |
| Shift Diff'l | | | | |
| **Gross Pay** | | | **$859.93** | |

| Time Card Detail | | | | |
|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT TOTAL |
| Mon 03/21 | 3:53PM | | | 10:00 |
| Tue 03/22 | 3:55PM | | | 10:00 |
| Wed 03/23 | 3:54PM | | | 10:00 |
| Thu 03/24 | 3:51PM | | | 10:00 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -94.76 | |
| Social Security Tax | -51.91 | |
| Medicare Tax | -12.14 | |
| OH State Income Tax | -15.11 | |
| Avon Income Tax | -10.65 | |

| Other | | |
|---|---|---|
| Medical | -22.69* | 22.69 |

| Net Pay | $648.65 |
| Checking | -648.65   2,574.77 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $837.24

**Time Card Detail**

| DATE | IN | OUT | IN | OUT TOTAL |
|---|---|---|---|---|
| Mon 03/14 | 3:56PM | 2:31AM | | 10:00 |
| Tue 03/15 | 3:50PM | 2:31AM | | 10:25 |
| Wed 03/16 | 3:49PM | 2:31AM | | 10:25 |
| Thu 03/17 | 4:01PM | 2:32AM | | 10:00 |

---

TECHNIFAB INC.
38600 CHESTER RD
AVON OH 44011
COMPANY PH #: 440-934-8324

Advice number: 00000130127
Pay date: 04/01/2016

Deposited to the account of
CHRISTINE A. MCCANN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3488 | xxxx xxxx | $648.65 |

# NON-NEGOTIABLE