Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

**Case No. 16−31867−maw**

**In re:**
   Christine A. McCann
   3605 Portside Dr
   Vermilion, OH 44089

**Social Security No.:**
   xxx−xx−9444

### NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM CO−DEBTOR STAY

FirstMerit Bank NA filed papers with the Court requesting relief co−debtor stay re: 15119 Darrow Rd,Vermilion, OH.The preliminary hearing will not be held absent a response being filed with the Court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before July 27, 2016 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**You must also mail a copy to:**

**Trustee**
Elizabeth A. Vaughan
Office of the Chapter 13 Trustee
316 N. Michigan Street #501
Toledo, OH 43604

| **Debtor's Attorney** | **Movant's Attorney** |
|---|---|
| Betty Jean Burley | Alan C Hochheiser |
| The Burley Law Office | 1400 Fifth Third Center, 600 Superior Ave East |
| 5012 Liberty Avenue | Cleveland, OH 44114−2652 |
| Vermilion, OH 44089 | |

**And attend the hearing scheduled for:**
Thursday, August 4, 2016 @ 9:30AM
US Courthouse, Courtroom #2, Rm 103
1716 Spielbusch Ave., Toledo, OH 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** July 13, 2016                                                     For the Court
Form ohnb233                                                        Kenneth J. Hirz, Clerk