UNITED STATE BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re Christine A. McCann | ) | Case No. 16-31867-maw |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge Mary Ann Whipple |

## DEBTOR'S MOTION TO CONTINUE CONFIRMATION HEARING AFTER THE CLAIMS BAR DATE

Christine A. McCann ("Debtor") through her counsel, Betty J. Burley, hereby moves the court to continue the Confirmation Hearing in this case, scheduled for August 16, 2016 at 9:30 a.m. until after the claims bar date of October 12, 2016.

The reason for this Motion is that the plan, as submitted has been deemed unfeasible by the Trustee. Debtor therefore requests that the Court continue the confirmation hearing until all claims have been received so that the Plan can be re-calulated

Wherefore, the Debtor respectfully requests that this Court enter an order stating that the Confirmation Hearing is continued until after the Bar Date of October 12, 2016.

Date:   August 1, 2016                          /s/ Betty J. Burley
                                                Betty J. Burley, Esq.  (0087017)
                                                5012 Liberty Avenue
                                                Vermilion, Ohio  44089
                                                Phone:  (440)967-1529 / Fax 440-967-5106
                                                Email:  burleylaw@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | Case No. | 16-31867-maw |
|---|---|---|---|
| | ) | | |
| Christine A. McCann | ) | Chapter | 13 |

## NOTICE

**Any objection to the Debtor's Motion to Continue Confirmation Hearing After the Claims Bar Date must be filed within 14 days, or such other time as specified by applicable Federal Rule of Bankruptcy Procedure or statute or as the Court may order, from the date of service as set forth on the certificate of service, if the relief sought is opposed, and that the Court is authorized to grant the relief requested without further notice unless a timely objection is filed.**

CERTIFICATE OF SERVICE

I certify that on **August 1, 2016**, a true and correct copy of the **Debtor's Motion to Continue Confirmation Hearing After the Claims Bar Date** was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

**Elizabeth A. Vaughan, Trustee**, on behalf of Debtor Christine A. McCann, at **officeofstanding@att.net, toledo13@ecf.epiqsystems.com**

And by regular U.S. mail, postage prepaid, on behalf of Debtor, Kelley Stinson, at:

Ace Cash Express
RCL Finance Inc.
201 E. Abram St. Suite 120,
Arlington TX  76010-1146

CHECKSMART
Community Choice Financial Inc.
7002 Post Rd, Ste 200
Dublin OH  43016

Capital One
PO Box 30285
Salt Lake City, UT  84130-0285

Cleveland Clinic
PO Box 89410
Cleveland OH  44101-6410

Dr Christopher Dalton
211 Levitt Rd
Amherst OH  44001-1124

Edson Creek
1401 Portside Dr.

Vermilion OH 44089-9155

Ford Motor Credit Co
PO Box 62180
Colorado Spring CO 80962-2180

Fashion Bug
PO Box 84073
Columbus GA 319098-4073

First Federal Credit & Collections
24700 Chagrin Blvd, Ste 205
Cleveland OH 44122-5662

First Merit Bank
Attn: Bankruptcy
III Cascade Plaza
Akron OH 44308

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57117-5019

First Savings Credit Card
PO Box 5019
Sioux Falls, SD 57117-5019

HSBC Bank Usa, NA
PO Box 2013
Buffalo, NY 14240-2013

Money Key
3422 Old Capitol Trail Ste 1613
Wilmington DE 19808-6124

PNC Bank
 2730 Liberty Ave
Pittsburgh PA 15222-4747

Randall McCann
15119 E Darrow Rd
Vermilion OH 44089-9601

Revenue Group
Ohio Attorney General
PO Box 89417
Cleveland OH 44101-6471

Target
 C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis MN  55440-9475

The Affiliated Group I
PO Box 7739
Rochester MN 55903-7739

Vacational CU
2409 E Perkins Ave
Sandusky OH  44870-5198

Vacationland Federal CU
2409 Perkins Ave
Sandusky OH  44870-5198

Verizon
500 Technology Dr., Suite 500
Weldon Spring MO  63304-2225

CASHLAND
100 East 3rd St
Dayton OH  45402-2119

Credit One Bank Na
 PO Box 98873
Las Vegas, NV  89193-8873

Fingerhut
6250 Ridgewood Rd
St Cloud, MN  56303-0820

First American Loans
4490 Liberty Ave
Vermilion OH  44089

Hyundai Finc
Attn: Bankruptcy
PO Box 20809
Fountain City CA  92728-0809

LVNV Funding
PO Box 10497
Greenville SC  29603-0497

Merrick Bank,Geico Card
PO Box 23356
Pittsburg PA  15222-6356

Portfolio Recovery
Attn:  Bankruptcy
PO Box 41067
Norfolk VA  23541

Synchrony Bank/Care Credit
Attn:  bankruptcy
PO Box 103104
Roswell GA  30076-9104

Synchrony Bank/PayPal Cr
Attn:  bankruptcy
PO Box 103104
Roswell GA  30076-9104

**/s/ Betty Burley**
**Betty Burley**
**The Burley Law Office**
**5012 Liberty Avenue**
**Vermilion, OH 44089**
**440-967-1529**
**burleylaw@gmail.com**