**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: November 7 2017**

## United States Bankruptcy Court
### Northern District of Ohio

| In re | **CHRISTINE MCCANN** | Case No. | 16-31867 W |
|---|---|---|---|
| | Debtor(s) | Chapter | **13** |

### ORDER

The sum of $ **3,000.00** is hereby allowed Applicant as compensation for the services referred to in the above Application and the Trustee is directed to pay the unpaid balance thereof, the sum of $ **1,810.00** from the estate in accordance with the Plan.