UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | * | |
|---|---|---|
| | | Case No. 16-31867 |
| | * | |
| Christine A. McCann | * | Chapter 13 |
| | * | |
| Debtor. | | Judge Mary Ann Whipple |
| | * | |
| | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the Ohio Department of Taxation appears through its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proof(s) of claim and also at the following address:

>Michael D. Stultz, Esq.
>Douglas A. Stephan, Esq.
>Special Counsel
>Office of the Ohio Attorney General
>106 E. Market Street, P.O. Box 400
>Tiffin, Ohio 44883

Please take further notice that this request includes not only the notices referred to in Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect

00986855.1

or seek to affect in any way the procedural or equitable rights or interests of the Ohio Department of Taxation.

    Special Counsel for
Ohio Attorney General Dave Yost

/s/ Michael D. Stultz
Michael D. Stultz (0082291)
Douglas A. Stephan (0087313)
MEYER & KERSCHNER, LTD.
106 E. Market Street, P.O. Box 400
Tiffin, Ohio 44883
T: 419-447-5132
F: 419-447-5150
E: mds@meyerkerschner.com

## CERTIFICATE OF SERVICE

I certify that on April 12, 2019 a true and correct copy of the Notice of Appearance and Request for Notices was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    Betty Jean Burley at burleylaw@gmail.com

    Phyllis A. Ulrich at bankruptcy@carlisle-law.com

    Alan C. Hochheiser at ahochheiser@mauricewutscher.com

    Elizabeth A. Vaughan at 13ECFNotices@chapter13toledo.com

And by regular U.S. mail, postage prepaid, on:

    Christine A. McCann at 3605 Portside Dr., Vermilion, OH 44089

    /s/ Michael D. Stultz
Michael D. Stultz (0082291)
Douglas A. Stephan (0087313)
MEYER & KERSCHNER, LTD.